

**Bowman and Brooke** LLP
Attorneys at Law

317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: 201.577.5175
Fax: 804.649.1762

Christopher R. Carton
Direct: 201.577.5175
Email: chris.carton@bowmanandbrooke.com

January 31, 2020

**VIA ECF**

Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re:    Siemens Energy, Inc., v. Babcock & Wilcox SPIG, Inc.
              Case No.: 1:19-cv-11302-PAE

Dear Judge Engelmayer:

This office represents Plaintiff Siemens Energy, Inc. ("Siemens") in the above-captioned matter. I write respectfully to request that the Court adjourn the Pretrial Conference scheduled for February 19, 2020 on account of pre-existing travel scheduled from February 19th through 26th. There have been no previous adjournment requests in this matter. Opposing counsel has consented to this adjournment request.

Respectfully submitted,

BOWMAN AND BROOKE LLP

2/3/2020

Granted. The pretrial conference is adjourned
to Tuesday, March 3, 2020, at 10 a.m.

/s/ Christopher R. Carton
Christopher R. Carton
Partner

SO ORDERED.

_PAUL A. ENGELMAYER_
United States District Judge